IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VILLAGE REALTY,** | : | Civil No. 1:19-CV-1473 |
| Plaintiff, | : | |
| v. | : | |
| **MICHAEL MCPHERSON,** | : | |
| Defendant. | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation filed by the Magistrate Judge. No objections have been filed. A review of the report and recommendation is supported by law. Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The court adopts the report and recommendation (Doc. 5);

2) This matter is remanded back to the York County Court of Common Pleas; and

3) The clerk of court shall close this case.

                                              s/Sylvia Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: October 30, 2019